proof of due service thereof, no opposition being made, the motion to dismiss the appeal herein is granted, with $10 costs of motion.

BRIEN et al., Respondents, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Henry Brien and others against the Manhattan Railway Company and others. T. L. Waugh, for appellants. L. G. Reed, for respondents. No opinion. Judgment affirmed, with costs.

BRIGGS, Appellant, v. I. B. WEAGER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Thomas Briggs against the I. B. Weager Company. No opinion. Judgment and order affirmed, with costs.

BROOKLYN GAS & GASOLINE ENGINE CO., Respondent, v. GLASER, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by the Brooklyn Gas & Gasoline Engine Company against Robert Glaser. No opinion. Judgment of the Municipal Court affirmed, with costs. (99 App. Div. 629)

In re BROOKLYN UNION ELEVATED R. CO. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) In the matter of the petition of the Brooklyn Union Elevated Railroad Company relative to acquiring title to real estate, etc., on Crescent street, etc., in the borough of Brooklyn, etc., parcel 61; premises, 271 Myrtle avenue. Lilian Becker and Emily Becker appeal.

PER CURIAM. Final order of confirmation reversed, and a new trial directed before commissioners to be appointed at the Special Term, on the authority of Matter of Brooklyn Union El. R. Co. (A. M. Stein and others, appellants) 95 App. Div. 108, 88 N. Y. Supp. 426.

WOODWARD and JENKS, JJ., dissent.

BROOKLYN WAREHOUSE & DRY DOCK CO., Respondent, v. WEST END DRY DOCK CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by the Brooklyn Warehouse & Dry Dock Company against the West End Dry Dock Company. No opinion. Judgment affirmed, with costs.

BRUNDAGE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by Esther J. Brundage against the city of New York.

PER CURIAM. The record does not show that the plaintiff gave the proof of such a defect in the street to justify the submission of the question of defendant's liability to the jury. Even if such a defect had been established, there is not sufficient proof of notice thereof in this record. Judgment and order reversed, and new trial granted; costs to abide the event.

BUCKLEY, Respondent, v. METROPOLITAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. Decem-

ber 9, 1904.) Action by Jane A. Buckley against the Metropolitan Street Railroad Company. J. P. Cotton, for appellant. A. C. Cowan, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $879.12, in which event judgment, as so modified, and order affirmed, without costs.

BURCHILL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Mary Burchill against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. S. Ross, for respondent. No opinion. Judgment and order affirmed, with costs.

BURKE, Respondent, v. BORDEN'S CONDENSED MILK CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by John Burke, an infant, by John A. Burke, his guardian ad litem, against the Borden's Condensed Milk Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

BURKE, Respondent, v. FRENKEL, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Henry Burke against Louis Frenkel, impleaded with Ella Frenkel. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements.

BURNETT, Respondent, v. BURNETT, Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1905.) Action by Harold Livingston Burnett against Cornelia Cary Hull Burnett. No opinion. Order affirmed, with $10 costs and disbursements.

In re BURTIS' WILL. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) In the matter of proof and probate of the last will and testament of Albert G. Burtis, deceased. No opinion. Order of reference to take further proof granted.

BURTON, Respondent, v. LEMAY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by James H. Burton against Eustace H. Lemay, impleaded with George S. Hoke.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, for the error in the admission of hearsay evidence to the effect that the failure of the enterprise was due to the appellant, Lemay, and not to the default of his associate.

BURTON, Respondent, v. LEMAY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by James H. Burton against Eustace H. Lemay, impleaded, etc. No opinion. Motion denied.

BUSCHE v. LIPPMAN. (Supreme Court, Appellate Division, First Department. Decem-

ber 9, 1904.) Action by Thomas W. Busche against Isaac Lippman. No opinion. Motion denied.

BUTLER, Appellant, v. LARNER, Respondent. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by William Morris Butler against Alma Louise Larner.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs, on authority of decision in Sander v. Laner (decided herewith) 91 N. Y. Supp. 428.

CAGUA, Respondent, v. GAYS, Appellant. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Ambrogio Cagua, as administrator, etc., against Henry W. Gays, as receiver of the New York & Ottawa Railroad. No opinion. Order, so far as appealed from, affirmed on argument, without costs.

CAHILL v. HOGAN, Mayor. (Supreme Court, Appellate Division, Third Department. December 2, 1904.) Action by John F. Cahill against Joseph F. Hogan, as mayor of Troy, etc.

PER CURIAM. Motion granted, and questions certified as follows: First. Do the provisions of chapter 629, p. 1493, of the Laws of 1904 of the state of New York (a local bill applicable to the city of Troy only), whereby the mayor and corporation counsel of the city of Troy were made members of the municipal improvements commission of said city, violate the provisions of article 3, § 16, of the Constitution of the state of New York? Second. Do the provisions of chapter 629 of the Laws of 1904 of the state of New York, authorizing the borrowing of moneys, and the issuing, signing, countersigning, and selling of bonds therefor, violate the provisions of article 8, § 10, of the Constitution of the state of New York, in that they allow the city of Troy to become indebted to an amount which, including existing indebtedness, exceeds 10 per centum of the assessed valuation of the real estate of said city subject to taxation, as it appeared by the last assessment rolls of said city on the last assessment for state and county taxes preceding the passage of said act; the amount of such existing indebtedness being $3,084,316.03, the authorized but unissued bonds being $181,000 under chapter 576, p. 1331, of the Laws of 1893, as amended by chapter 370, p. 873, of the Laws of 1900, and $50,000 under chapter 315, p. 873, of the Laws of 1902, making a total of authorized but unissued bonds of $231,000, and making a grand total of existing indebtedness and authorized but unissued bonds of $3,315,316.03, and said assessed valuation of real estate being $50,989,946? Third. Does chapter 629 of the Laws of 1904 of the state of New York, in any of its provisions, violate the provisions of article 3, § 17, of the Constitution of the state of New York, by referring to and making applicable parts of existing laws without inserting them in said act? Fourth. Does chapter 629 of the Laws of 1904 of the state of New York violate the provisions of article 8, § 10, of the Constitution of the state of New York, in that it permits the issue of

bonds for providing a water supply having a term in excess of 20 years? Fifth. Does chapter 629 of the Laws of 1904 of the state of New York violate the provisions of article 8, § 10, of the Constitution of the state of New York, in that it makes no provision for a sinking fund to meet the bonds that it assumes to authorize?

CAMERON CO., Appellant, v. HARRELL, Respondent, et al. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by the Cameron Company against Claudius E. Harrell, impleaded. G. Finck, for appellant. H. B. Twombly, for respondent. No opinion. Judgment affirmed, with costs.

CARBON DIOXIDE & MAGNESIA CO., Appellant, v. NOLAN, Respondent. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by the Carbon Dioxide & Magnesia Company against Mitchell M. Nolan. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

CAROLAN v. O'DONNELL et al. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Patrick M. Carolan against Anthony O'Donnell and others. No opinion. Motion granted, with $10 costs.

CARPENTER, Respondent, v. STEEPLECHASE CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by Clyde Carpenter, an infant, by Charles Carpenter, his guardian ad litem, against the Steeplechase Company. No opinion. Order affirmed, with $10 costs and disbursements.

CARROLL, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Mary E. Carroll against the city of Syracuse. No opinion. Judgment affirmed, with costs.

CARTER, Respondent, v. VILLAGE OF NUNDA, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by George W. Carter against village of Nunda. No opinion. Judgment and order affirmed, with costs.
(99 App. Div. 624)

CASE, Appellant, v. NEW YORK MUT. SAV. ASS'N et al., Respondents. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Franklin R. Case against the New York Mutual Savings Association and others. T. E. O'Brien, for respondents.

PER CURIAM. Judgment affirmed, on opinion in Case v. Mutual Savings Association, 88 App. Div. 538, 85 N. Y. Supp. 104, with costs.

CASEY v. LESLIE. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by Jeremiah Casey against Henry D. Leslie, as receiver, etc. No opinion. Appeal dismissed, with $10 costs, upon notice.
(100 App. Div. 515)

CASSIDY v. ARNOLD et al. (Supreme Court, Appellate Division, First Department.